IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TAMMY GOODWIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-1293 |
| | ) | Judge Terrence F. McVerry/ |
| COMMISSIONER OF SOCIAL SECURITY, | ) | Magistrate Judge Amy Reynolds Hay |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

AND NOW, this 21st day of December, 2007, after the plaintiff Tammy Goodwin filed an action in the above-captioned case, and after cross-motions for summary judgment were filed by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until December 20, 2007, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the cross-motions for summary judgment [Docs. 11, 13] are DENIED. IT IS FURTHER ORDERED that the decision of the Commissioner be reversed and the case be remanded to the Commissioner for further consideration.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

s/ Terrence F. McVerry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of record by electronic filing